**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-1791**

───────────

In re:  HENRY SHELL,

       Petitioner.

───────────

On Petition for Writ of Mandamus.  (5:21-cv-00366)

───────────

Submitted:  October 18, 2022                Decided:  October 20, 2022

───────────

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Henry Shell, Petitioner Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Shell petitions for a writ of mandamus, claiming that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition.  He seeks an order from this court directing the district court to act.  Our review of the district court's docket reveals that the district court recently took significant action on Shell's § 2241 petition. Accordingly, we deny the mandamus petition and deny Shell's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*